AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF NEW YORK

AARON SMITH,  **JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 13-CV-440-C

v.

COLLECTO Inc., d/b/a EOS CCA,

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, that an acceptance of judgment has been filed and judgment in favor of the plaintiff against the defendant in the amount fo $1,001.00, together with reasonable costs, expenses, and attorney's fees as the Court may determine upon application.

Date: July 23, 2013                      MICHAEL J. ROEMER,
                                          Clerk of the Court

                                         By: s/Denise Collier
                                             Deputy Clerk