UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

AARON SMITH,

                    Plaintiff,    **STIPULATION OF DISMISSAL**
                                                  **WITH PREJUDICE**

v.

                                           Case No.: 1:13-cv-0440 (JTC)

COLLECTO, INC. d/b/a/ EOS CCA,

                    Defendant.
_____

        IT IS HEREBY STIPULATED AND AGREED, by all parties to this action in accordance with Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, that this action is dismissed with prejudice. Each party hereto shall bear its own costs and attorneys' fees.

Dated: Buffalo, New York                Dated: New York, New York
        September 13, 2013                     September 11, 2013

LAW OFFICE OF CYRUS B. CHUBINEH    PHILLIPS LYTLE LLP

By:  /s/ Cyrus B. Chubineh                 By  /s/ Andrew J. Wells
       Cyrus B. Chubineh, Esq.                   John G. Schmidt Jr., Esq.
Attorneys for Plaintiff                          Andrew J. Wells, Esq.
Aaron Smith                                     Michael S. Silverstein, Esq.
2655 Millersport Highway # 714           Attorneys for Defendant EOS CCA
Getzville, New York 14068                 3400 HSBC Center
Telephone No.: (716) 864-0715             Buffalo, New York 14203
Facsimile No.: (716) 478-8540              Telephone No.: (716) 847-8400
Email: chubineh@yahoo.com               Facsimile No.: (716) 852-6100
                                                  Email: jschmidt@phillipslytle.com
                                                         awells@phillipslytle.com
                                                         msilverstein@phillipslyte.com

                                                    SO ORDERED

                                                    _____
                                                         U.S.D.J.